**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KAREN LENTON,

        Plaintiff
  v.

                                  CASE NUMBER: 09-10975

TIMOTHY BRUCE, ET. AL.,

        Defendants.
_____/

**ORDER ON APPLICATION FOR APPOINTMENT OF COUNSEL**

Before the court is an application for appointment of counsel under 28 U.S.C. §1915(e)(1); the court has considered the application and any supporting affidavit(s), and notes that under §1915(e)(1), a court may only "request" that an attorney represent a person who is purportedly unable to afford counsel.

IT IS ORDERED that the application is:

☐ GRANTED

x DENIED

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: April 7, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 7, 2009, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522